IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA KERR, | No. C 09-00618 CRB |
|     Plaintiff, | |
|  v. | |
| CITY OF SAN LEANDRO, et al., | |
|     Defendants. | |
| _____/ | |
| KAMILAH JACKSON, | No. C 09-00619 CRB |
|     Plaintiff, | |
|  v. | |
| CITY OF SAN LEANDRO, et al., | |
|     Defendants. | |
| _____/ | |
| DEBORAH TRUJILLO, | No. C 09-00620 CRB |
|     Plaintiff, | |
|  v. | |
| CITY OF SAN LEANDRO, et al., | |
|     Defendants. | |
| _____/ | |

**United States District Court**
For the Northern District of California

| | | |
|---|---|---|
| CHRISTINA TILETILE, | | No. C 09-00621 CRB |
|       Plaintiff, | | |
|  v. | | |
| CITY OF SAN LEANDRO, et al., | | |
|       Defendants. | | |
| _____/ | | |
| TAIWO PENA-HORNUNG, | | No. C 09-00623 CRB |
|       Plaintiff, | | |
|  v. | | |
| CITY OF SAN LEANDRO, et al., | | |
|       Defendants. | | |
| _____/ | | |
| ANNE O'CALLAGHAN, | | No. C 09-00624 CRB |
|       Plaintiff, | | **ORDER** |
|  v. | | |
| CITY OF SAN LEANDRO, et al., | | |
|       Defendants. | | |
| _____/ | | |

All six of these matters have been related and are now assigned to this Court. The following pending motions are hereby rescheduled and will be heard at 10 a.m. on Friday, April 17, in Courtroom 8:

- No. 09-0618 - Motion to Dismiss filed by City of San Leandro, San Leandro Police Department, and Dale Attarian (Dkt. # 6);
- No. 09-0618 - Motion to Dismiss filed by Dewayne Stancill (Dkt. # 9);
- No. 09-0619 - Motion to Dismiss filed by Troy Young, Luis Torres, Dale Attarian, City of San Leandro, and San Leandro Police Department (Dkt. #6);
- No. 09-0619 - Motion to Dismiss filed by Dewayne Stancill (Dkt. # 9);

///

- No. 09-0620 - Motion to Dismiss, for Partial Dismissal, for a More Definite Statement, and to Strike filed by Dale Attarian, Luis Torres, City of San Leandro, and San Leandro Police Department (Dkt. # 5);
- No. 09-0620 - Motion to Dismiss filed by Dewayne Stancill (Dkt. # 7);
- No. 09-621 - Motion for Partial Dismissal, for a More Definite Statement, and to Strike filed by Dale Attarian, City of San Leandro, and San Leandro Police Department (Dkt. # 5);
- No. 09-0621 - Motion to Dismiss filed by Dewayne Stancill (Dkt. #8);
- No. 09-0623 - Motion to Dismiss, for Partial Dismissal, for a More Definite Statement, and to Strike filed by Dale Attarian, City of San Leandro, and San Leandro Police Department (Dkt. # 6);
- No. 09-0623 - Motion to Dismiss filed by Dewayne Stancill (Dkt. # 9);
- No. 09-0624 - Motion to Dismiss filed by Dale Attarian, City of San Leandro, and San Leandro Police Department (Dkt. # 5); and
- No. 09-0624 - Motion to Dismiss filed by Dewayne Stancill (Dkt. # 12).

Briefing shall continue in the manner set forth in the local rules.  Please forward all courtesy copies to this Court's Chambers.

///

For all cases, the following deadlines apply:

- May 29, 2009 is the last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference;
- June 12, 2009 is the last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement per Standing Order re: Contents of Joint Case Management Statement (available at http://www.cand.uscourts.gov);

3

- Initial Case Management Conference is set for Friday, June 19, 2009 at 8:30 a.m. in Courtroom 8.

**IT IS SO ORDERED.**

Dated: March 12, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE