1  SCOTT N. KIVEL (SBN 154983)
   LAW OFFICES OF SCOTT N. KIVEL
2  An Unincorporated Law Firm
   200 Kentucky Street, Suite C
3  Petaluma, CA  94952
   707 762-5526 telephone
4  707 762-5527 facsimile
   scottkivel@kivellaw.com
5
   Attorneys for Defendant Dewayne Stancill
6

7

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | AMANDA KERR, | Case No. C 09-00618 (CRB) |
|---|---|---|
| 13 | Plaintiff, | This document relates to all related cases: |
| 14 | v. | C09-00619CRB<br>C09-00620CRB |
| 15 | CITY OF SAN LEANDRO, a public entity, | C09-00621CRB |
| 16 | SAN LEANDRO POLICE DEPARTMENT, a public entity, DEWAYNE STANCILL, an | C09-00623CRB<br>C09-00624CRB |
| 17 | individual, and DOES 1 through 100, inclusive, | C09-03647CRB |
| 18 | Defendants. | **STIPULATION RE RESCHEDULING OF CASE MANAGEMENT CONFERENCE** |
| 19 | | |
| 20 | | Date:         October 9, 2009 |
| 21 | | Time:         8:30 a.m.<br>Crtrm:        8 |
| 22 | | Judge:        Hon. Charles R. Breyer<br>Action Filed: January 8, 2009 |

23       It is hereby stipulated by and between counsel to the parties herein, as follows:

24       1.      A Case Management Conference in all cases related herein is currently scheduled
25  for Friday, October 9, 2009 at 8:30 a.m.

26       2.      Defendant City of San Leandro has scheduled a motion to dismiss in Case No.

28                                        1

C09-00620 (Trujillo v. City of San Leandro) for Friday, October 23, 2009 at 10:00 a.m. in Courtroom 8.

3. The parties agree to reschedule the Case Management Conference in all cases related herein from October 9, 2009 to October 23, 2009 at 8:30 a.m. to be held prior to the hearing on the motion to dismiss.

4. The parties also agree to reschedule the date for filing of the Joint Case Management Statement from October 2 to October 16, 2009.

SO STIPULATED.

Dated: September 3, 2009         LAW OFFICES OF SCOTT N. KIVEL

                                 Scott N. Kivel
                                 Attorneys for Defendant
                                 DEWAYNE STANCILL

Dated: September 11, 2009        HOGAN HOLMES & USOZ LLP

                                 Stephen J. Usoz
                                 Attorneys for Plaintiffs

Dated: September   , 2009        MEYERS, NAVE, RIBACK, SILVER & WILSON

                                 Jesse J. Lad
                                 Attorneys for Defendants
                                 CITY OF SAN LEANDRO, SAN LEANDRO
                                 POLICE DEPARTMENT, LUIS TORRES

1  C09-00620 (Trujillo v. City of San Leandro) for Friday, October 23, 2009 at 10:00 a.m. in
2  Courtroom 8.
3      3.   The parties agree to reschedule the Case Management Conference in all cases
4  related herein from October 9, 2009 to October 23, 2009 at 8:30 a.m. to be held prior to the
5  hearing on the motion to dismiss.
6      4.   The parties also agree to reschedule the date for filing of the Joint Case
7  Management Statement from October 2 to October 16, 2009.
8      SO STIPULATED.

Dated: September 3, 2009           LAW OFFICES OF SCOTT N. KIVEL

                                   _____
                                   Scott N. Kivel
                                   Attorneys for Defendant
                                   DEWAYNE STANCILL

Dated: September   , 2009          HOGAN HOLMES & USOZ LLP


                                   _____
                                   Stephen J. Usoz
                                   Attorneys for Plaintiffs

Dated: September   , 2009          MEYERS, NAVE, RIBACK, SILVER & WILSON


                                   _____
                                   Jesse J. Lad
                                   Attorneys for Defendants
                                   CITY OF SAN LEANDRO, SAN LEANDRO
                                   POLICE DEPARTMENT, LUIS TORRES

2

1  **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management
3  Conference in all cases related herein currently scheduled for Friday, October 9, 2009, be
4  rescheduled to Friday, October 23, 2009 at 8:30 a.m.

6  Dated:    Sept. 16, 2009

7  Hon. Charles R. Breyer
   Judge of the



3